# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. ED CV <u>09-2173-PLA</u>                                    Date <u>February 23, 2010</u>

Title:  <u>Israel Mendivia v. Michael J. Astrue, Commissioner of Social Security</u>

--------------------------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE ___ PAUL L. ABRAMS _____

☐ **U.S. DISTRICT JUDGE**

☒ **MAGISTRATE JUDGE**

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| NONE | NONE |

PROCEEDINGS:        (IN CHAMBERS)

Pursuant to this Court's Order of January 25, 2010, plaintiff was ordered to file a Proof of Service within twenty-eight days of the filing of the amended complaint, <u>i.e.</u>, by February 16, 2010.  To date, the Proof of Service has not been filed with the Court.  Accordingly, **no later than March 3, 2010, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders.  Filing of the Proof of Service on or before March 3, 2010, shall be deemed compliance with this Order to Show Cause.

cc:     Bill LaTour, Esq.
        Carolyn Chen, SAUSA

Initials of Deputy Clerk_____ch_____